FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 5 2004

at 10 o'clock and 20 min. A M.
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

LARRY L. BUTRICK  #3910
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email: larry.butrick@usadoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04 00377 HG |
| Plaintiff, | ) | INFORMATION |
| vs. | ) | [18 U.S.C. 201(c)(1)(A)] |
| WAYNE CHIN-YU LU, | ) | |
| Defendant. | ) | |

**INFORMATION**

**COUNT 1**

The United States charges that:

On or about May 13, 2003, within the District of Hawaii, the defendant, Wayne Chin-Yu Lu, directly and indirectly did give, offer, and promise money to a public official, R.A., who was employed by the United States Navy Recycling Program, for and because of an official act performed and to be performed by R.A., to wit: the award of a United States Navy Recycling Program

contract for scrap metal and providing the opportunity to bid on United Sates Navy Recycling Program scrap metal.

In violation of Title 18, United States Code, Section 201(c)(1)(A).

DATED:    OCT - 5 2004   , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_/s/ Larry L. Butrick_
LARRY L. BUTRICK
Assistant U.S. Attorney

United States v. Wayne Chin-Yu Lu
Cr. No. _____
"Information"

CR04 00377 HG