ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 2 0 2005

at ___ o'clock and ___ min. __ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA          )
                                  )
           vs.                    )     CRIMINAL NO. CR 04-00377HG-01
                                  )
WAYNE CHIN-YU LU                  )
_____    )

ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Hong Kong, Tanzania, China, and Taiwan and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 12/27/2005 through on or about 1/15/2006.

Dated:  December 16, 2005 at Honolulu, Hawaii.

HELEN GILLMOR
Chief U.S. District Judge