**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 21 2007

at 3 o'clock and ___ min ___M
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> WAYNE CHIN-YU LU ) <br> ) | CRIMINAL NO. CR 04-00377HG-01 |

## ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to China and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 05/25/2007 through on or about 06/15/2007.

Dated: May 15, 2007, at Honolulu, Hawaii.

HELEN GILLMOR
Chief U.S. District Judge