ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

NOV 1 6 2007

at _4_ o'clock and _20_ min. _PM_
SUE BEITIA, CLERK

UNITED STATES OF AMERICA )
)
vs. )    CRIMINAL NO. CR 04-00377HG-01
)
WAYNE CHIN-YU LU )
_____ )

ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested

that he be permitted to leave the jurisdiction of the United States and travel to

Guangdong, China, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the

jurisdiction of the United States from on or about 11/25/2007 through on or about

12/5/2007.

Dated:  November 16, 2007, at Honolulu, Hawaii.

HELEN GILLMOR
Chief U.S. District Judge