ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 11 2008

at __3__ o'clock and __10__ min. P M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. CR 04-00377HG-01 |
| | ) | |
| WAYNE CHIN-YU LU | ) | |
| | ) | |

## ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Shenzhen, China, and Taipei, Taiwan, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 3/16/2008 through on or about 3/31/2008.

Dated:  March 10, 2008, at Honolulu, Hawaii.

HELEN GILLMOR
Chief U.S. District Judge