ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 14 2008

at 2 o'clock and 35 min P
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. CR 04-00377HG-01 |
| ) | |
| WAYNE CHIN-YU LU ) | |
| ) | |

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Taipei, Taiwan, and Guangdong, China, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 5/20/2008 through on or about 5/30/2008.

Dated: May 13, 2008, at Honolulu, Hawaii.

_____
HELEN GILLMOR
Chief U.S. District Judge