FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 05 2008

at __ o'clock and 30 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA )
)
vs. ) CRIMINAL NO. CR 04-00377HG-01
)
WAYNE CHIN-YU LU )
)

### ORDER GRANTING PERMISSION TO LEAVE JURISDICTION

The Court has been advised that the above-named individual has requested that he be permitted to leave the jurisdiction of the United States and travel to Taipei, Taiwan, and Guangdong, China, and that the United States Probation Office has no objection.

IT IS ORDERED that the above-named subject be permitted to leave the jurisdiction of the United States from on or about 8/20/2008 through on or about 8/28/2008.

Dated: August 4, 2008 at Honolulu, Hawaii.

HELEN GILLMOR
Chief U.S. District Judge